■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAM AMATO, Appellant, v. ROBERT MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga County Court dismissing a writ of habeas corpus and remanding the relator to the custody of the Warden of Auburn Prison.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of FRANCIS J. O'CONNOR, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, without costs. (Review of determination of Commissioner of Motor Vehicles revoking petitioner's driver's license transferred by order of Oneida Special Term.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS J. HIGGINS, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (See People v. Blume, 12 N Y 2d 705.) (Appeal from order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to custody of Warden of Attica Prison.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL ANTONELLI et al., Appellants.— Order unanimously affirmed, without costs of this appeal to any party. Memorandum: We regard this appeal as having been taken from a final order in a special proceeding in rem. (See People v. Wakelee, 302 N. Y. 307.) (Appeal by defendants from order of Jefferson Supreme Court ordering the destruction of certain pin-ball machines pursuant to section 985 of the Penal Law.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ WILLIE GASTON, Individually and as Guardian ad Litem of GREGORY MOORE, an Infant, Respondent, v. CITY OF BUFFALO et al., Appellants.— Order unanimously reversed, motion denied and verdict of the jury reinstated, without costs. Memorandum: The verdict of the jury was in accordance with the weight of evidence. (Appeal from order of Erie Trial Term setting aside the verdict of the jury of no cause of action and granting a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.